Kathryn Tassinari
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR   97401
(541) 686-1969

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARCY BURSING, | ) | |
| | ) | Civil No. 2:12-cv-00434-GMN -GWF |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| vs. | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO FILE MOTION TO REMAND |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the unopposed Motion and Declaration of Plaintiff, the Court hereby extends the deadline for filing Plaintiff's Motion to Remand to November 8, 2012.

IT IS SO ORDERED this 12th day of October, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Presented by:
Kathryn Tassinari

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REMAND

Of Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REMAND