# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARCY BURSING, | |
| Plaintiff, | Case No. 2:12-cv-00434-GMN-GWF |
| vs. | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | Motion for Leave to File Reply (#19) |
| Defendant. | |

This matter comes before the Court on Plaintiff Darcy Bursing's ("Plaintiff") Motion for Leave to File a Reply (#19). Plaintiff filed a Motion to Remand (#16) on November 8, 2012. Defendant filed a Cross-Motion for Summary Judgment (#17) and a Response (#18) to the Motion to Remand on December 7, 2012. Any response to Defendant's Cross-Motion (#17) was due December 31, 2012, and any reply to Defendant's Response (#18) was due December 17, 2012. Plaintiff now seeks leave to file a late reply brief in support of the Motion to Remand (#16) and in opposition to the Cross-Motion for Summary Judgment (#17). Plaintiff represents Defendant does not oppose leave to file the reply brief. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Reply Brief (#19) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff shall file the Reply Brief no later than **January 15, 2013**.

DATED this 11th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge